ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| LEANDRE MARTELL,<br><br>   Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DETECTIVE TRUIANA; DETECTIVE RUSSIE<br><br>   Defendant. | CASE NO. 2:22-cv-00793-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 1, 3 |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff LEANDRE MARTELL ("Plaintiff"), and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DETECTIVE TRUIANA and DETECTIVE RUSSIE, by and through their counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against the Defendants in the above-entitled action shall be dismissed, with

…

…

…

…

…

…

4853-4382-5214.1

each party to bear their own attorney's fees and costs.

DATED this  16  day of  December, 2022.                    DATED this  18  day of November, 2022.

LEWIS BRISBOIS BISGAARD & SMITH                            LEANDRE MARTELL

_____                        _____
ROBERT W. FREEMAN                                          LEANDRE MARTELL
Nevada Bar No. 3062                                        1699 E. Washington Street
E. MATTHEW FREEMAN                                         Apt. 1319
Nevada Bar No. 14198                                       Colton, California 92324
6385 S. Rainbow Boulevard, Suite 600                       *Plaintiff in Proper Person*
Las Vegas, Nevada 89118
*Attorneys for Defendants*

## ORDER

    Based on the parties' stipulation **[ECF No. 3]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 1]** are DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 19, 2022

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Los Angeles__  

On __Nov. 18, 2022__ before me, __Elvy Ivette Cifuentes-Giron, Notary Public__,  
      Date                              Here Insert Name and Title of the Officer  
personally appeared __Leandre Martell__  
                              Name of Signer

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
                          Signature of Notary Public

[Notary Seal: ELVY IVETTE CIFUENTES-GIRON, Notary Public - California, Los Angeles County, Commission # 2351697, My Comm. Expires Mar 15, 2025]

Place Notary Seal Above

———————————— **OPTIONAL** ————————————  
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**  
Title or Type of Document: __Stipulation and Order for Dismissal w/ Prejudice__ Document Date: __11/18/22__  
Number of Pages: __1__ Signer(s) Other Than Named Above: _____

**Capacity Claimed by Signer**  
Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited  ☐ General  
☐ Individual  ☐ Attorney in Fact  
☐ Trustee  ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited  ☐ General  
☐ Individual  ☐ Attorney in Fact  
☐ Trustee  ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907